## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANDREW M. SCHEIBER

             Plaintiff(s),

            v.

GOODYEAR TIRE & RUBBER
COMPANY

             Defendant(s).

_____/

CASE NO. C 10-5838 PJH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* <u>Private Mediation-Mediator to</u>
be determined

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 3-22-2011 _____

        /s/ Michael L. Carver
        Attorney for Plaintiff

Dated: 3-23-2011 _____

        /s/ Michelle B. Heverly
        Attorney for Defendant

[~~PROPOSED~~] ORDER

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
              Non-binding Arbitration
              Early Neutral Evaluation (ENE)
              Mediation
✓        Private ADR

      Deadline for ADR session
              90 days from the date of this order.
✓        other   July 29, 2011

IT IS SO ORDERED.

Dated: 3/28/11 _____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Phyllis J. Hamilton