**MICHAEL L. CARVER, SBN 173633**
E-mail: CarverM@aol.com
**MICHELLE M. LUNDE, SBN 246585**
E-mail: mlunde@carverlaw.com
**LABOR LAW OFFICE**
A Professional Corporation
1600 Humboldt Road, Suite 3
Chico, California  95928
Telephone:   (530) 891-8503
Facsimile:   (530) 891-8512

Attorneys for Plaintiff,
Andrew M. Scheiber, individually and on behalf
of all others similarly situated

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW M. SCHEIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODYEAR TIRE AND RUBBER COMPANY and DOES 1-10,<br><br>Defendants. | **Case No.:  4:10-CV-05838 PJH**<br><br>**STIPULATION, DECLARATION OF MICHELLE M. LUNDE AND [~~PROPOSED~~] ORDER DISMISSING REST PERIOD COUNTS FROM THE SECOND CAUSE OF ACTION OF PLAINTIFF'S AMENDED COMPLAINT** |

### STIPULATION

WHEREAS, the Plaintiff filed this action on October 26, 2010, and amended on December 8, 2010, alleging a claim for unlawful rest periods in Counts 3 and 4 of the Second Cause of Action under the IWC Wage Orders and Labor Code 226.7;

WHEREAS, the parties, through their respective counsel, have met and conferred on the propriety of eliminating the counts related to rest periods, and concluded the rest period counts of Second Cause of Action should be dismissed;

1

THEREFORE, the parties stipulate to the dismissal of the third and fourth counts of the Second Cause of Action.

Dated:  May 17, 2011                    LABOR LAW OFFICE, A.P.C.


                                        /s/ Michelle M. Lunde
                                        Michelle M. Lunde
                                        Attorneys for Plaintiff,
                                        ANDREW M. SCHEIBER, individually and on
                                        behalf of all others similarly situated

Dated:  May 23, 2011


                                        /s/ Tomomi Glover
                                        MICHELLE B. HEVERLY
                                        TOMOMI GLOVER
                                        LITTLER MENDELSON
                                        A Professional Corporation
                                        Attorneys for Defendant
                                        GOODYEAR TIRE AND RUBBER
                                        COMPANY

STIPULATION, DECLARATION OF MICHELLE M. LUNDE AND [PROPOSED] ORDER DISMISSING REST PERIOD COUNTS FROM THE SECOND CAUSE OF ACTION OF PLAINTIFF'S AMENDED COMPLAINT

## DECLARATION OF MICHELLE M. LUNDE

I, MICHELLE M. LUNDE, declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California, and an attorney for Plaintiff in this matter.  I have personal knowledge of the matters set forth herein and if called to testify, I would testify as follows:

2.      Plaintiff filed this action on October 26, 2010, and amended on December 8, 2010, alleging in both complaints in the Second Cause of Action a claim for compensation for unlawful rest periods. Subsequently, the parties, through their respective counsel, met and conferred on the propriety of a rest period cause of action, given that Plaintiff and putative Class Members were paid for their rest period time and did not keep records of them.

3.      Plaintiff requests dismissal of the Third and Fourth Counts of the Second Cause of Action. This case has not been certified as a class action. No consideration, direct or indirect is being given for this dismissal.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on May  17, 2011 at Chico, California.

_/s/ Michelle M. Lunde_____
Michelle M. Lunde

3

STIPULATION, DECLARATION OF MICHELLE M. LUNDE AND [PROPOSED] ORDER DISMISSING REST PERIOD COUNTS FROM THE SECOND CAUSE OF ACTION OF PLAINTIFF'S AMENDED COMPLAINT

1

# [~~PROPOSED~~] ORDER

2

3          Pursuant to Stipulation of the parties, and good cause appearing, Plaintiff's request for

4  dismissal of the Third and Fourth Counts of the Second Cause of Action for rest periods is granted.

5

6          Dated  5/25/11
                   _____          _____

7                                                          JUDGE OF THE ~~UNITED~~ ~~STATES~~ ~~DISTRICT~~ ~~COURT~~

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION, DECLARATION OF MICHELLE M. LUNDE AND [PROPOSED] ORDER DISMISSING REST
PERIOD COUNTS FROM THE SECOND CAUSE OF ACTION OF PLAINTIFF'S AMENDED COMPLAINT