Michael L. Carver, State Bar No. 173633
email: carverm@aol.com
Michelle M. Lunde, State Bar No. 246585
LABOR LAW OFFICE
A Professional Corporation
1600 Humboldt Road, Suite 3
Chico, California 95928
Telephone: (530) 891-8503
Facsimile: (530) 891-8512

R. Duane Westrup (State Bar No. 58610)
email: jveloff@wkalaw.com
Mark L. Van Buskirk (State Bar No. 190419)
email: mvanbuskirk@wkalaw.com
WESTRUP KLICK, LLP
444 West Ocean Boulevard, Suite 1614
Long Beach, CA 90802-4524
Telephone:    (562) 432-2551
Facsimile:     (562) 435-4856

Attorneys for Plaintiff Andrew M. Scheiber,
individually and on behalf of
all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW M SCHEIBER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>GOODYEAR TIRE AND RUBBER COMPANY and DOES 1-100,<br><br>            Defendants. | Case No.: C-10-5838- PJH<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING MEDIATION AND CLASS CERTIFICATION DATES**<br><br>Complaint Filed: October 26, 2010<br>Action Removed: December 22, 2010 |

Plaintiff Andrew M. Scheiber ("Plaintiff") and defendant Goodyear Tire and Rubber Company ("Defendant") enter into the following stipulation, subject to the Court's approval. Plaintiff and Defendant are collectively referred to as the "Parties."

1. Plaintiff has previously served special interrogatories and requests for production of documents. Defendant has served responses. The majority of the responses were in dispute. After significant meet and confer efforts, the majority of discovery responses will be supplemented by Defendant;

2. Plaintiff has provided Defendant with a listing of proposed mediators. The Parties are in agreement on at least one of the proposed mediators, but have not yet been able to secure a mediation date in advance of the mediation completion date of September 15, 2011;

3. The Parties desire to continue the mediation date for a period of sixty (60) days in order to focus on the production of data necessary for a meaningful mediation and to secure a date for the mediation. Accordingly, the Parties request that the mediation date be continued to November 18, 2011;

4. Defendant is in the process of compiling a listing of putative class members. The listing is expected to be provided to Plaintiff's counsel by September 16, 2011. Once Plaintiff receives the class list, a sampling of putative class member time records will be selected for analysis. Defendant will then obtain the time records for those employees selected. However, because the individual time records are recorded on written documents (not in an electronic format), Defendant will have to obtain the physical time records from individual stores located throughout the state of California;

5. Once Defendant provides the sampling of individual time records to Plaintiff, the Parties will be in a better position to move forward with a meaningful mediation;

6. As a result of the individual time records for putative class members being located in the various individual stores located throughout the state of California and the logistical difficulties that flow from the collection and production of those documents, the Parties desire to reschedule the cutoff date of October 30, 2011 and the class certification filing dates (motion filed by November 16, 2011; opposition filed by December 14, 2011 and reply filed by January 4, 2012) to a later date. Accordingly, the Parties request that they be ordered to file a Joint Report after the proposed mediation date of November 18, 2011 informing the Court of whether the case settled at mediation. In the event that the case does not settle at mediation, the Parties will propose new dates for class certification discovery cutoff and a briefing schedule on Plaintiff's motion for class certification.

AGREED AND STIPULATED:

WESTRUP KLICK, LLP

September 12, 2011           /s/ Mark L. Van Buskirk
                             MARK L. VanBUSKIRK
                             Attorneys for Plaintiff Andrew M.
                             Scheiber, individually and on behalf of all
                             others similarly situated

LITTLER MENDELSON

September 12, 2011           /s/ Michelle B. Heverly
                             MICHELLE B. HEVERLY
                             Attorneys for Defendant The Goodyear
                             Tire & Rubber Company

-3-

ORDER CONTINUING MEDIATION AND CLASS CERTIFICATION DATES

# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED:**

1. The mediation completion date of September 15, 2011 is CONTINUED to November 18, 2011;

2. The Parties are ORDERED to file a Joint Report on or after November 22, 2011 and inform the Court if the case settled at mediation.  In the event that the case did not settle, the Parties are to propose, in their Joint Report, new dates for class certification discovery cutoff and for the briefing schedule on Plaintiff's motion for class certification; and

2. The class certification discovery cutoff date of October 30, 2011 and the class certification filing dates of January 16, 2012 (Plaintiff's motion), February 14, 2012 (Defendant's opposition) and March 5, 2012 (Plaintiff's reply) are VACATED.

**IT IS SO ORDERED.**

DATED: 9/15/11

IT IS SO ORDERED
Judge Phyllis J. Hamilton