JEREMY A. ROTH, Bar No. CA 129007
jroth@littler.com
MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
TOMOMI GLOVER, Bar No. 244886
tglover@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Fax No.:        408.288.5686

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW M. SCHEIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY and DOES 1-10,<br><br>Defendant. | Case No.  C 10-05838 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE AND RELATED DATES** |

1  WHEREAS, on or before August 26, 2011, Plaintiff requested a listing of putative class members so as to obtain a sampling of time records of putative class members.

WHEREAS, as indicated in the prior Stipulated Order Continuing Mediation and Class Certification Dates (Docket No. 24), the Parties believed that the listing of putative class members would be provided to Plaintiff's counsel by September 16, 2011.

WHEREAS, since the Court's prior order of September 15, 2011, the Parties have worked diligently to investigate the facts of the case and to conduct discovery.  Plaintiff has taken the deposition of Goodyear's "person most knowledgeable" pursuant to FRCP 30(b)(6) and Goodyear has provided supplemental responses to written discovery (both interrogatories and requests for production of documents) previously served by Plaintiff and after the Parties met and conferred on Goodyear's initial responses to that discovery.

WHEREAS, on October 4, 2011, Goodyear provided Plaintiff a listing of putative class members.  Plaintiff then engaged a statistician and three days later, on October 7, 2011, gave Goodyear the sample of 34 putative class members selected for gathering of those putative class members' time records.

WHEREAS, the Parties have learned that the time records are not in an electronic format.  Rather, they are maintained in paper fashion in the various Goodyear stores in which the employee/class member worked.  The records, known as GBMS records, are not kept by employee, but are maintained by date, in either a folder or binder for each pay period or month in question.  The records at issue date from mid 2006 to August 2008.

WHEREAS, gathering these GBMS records has proven to be a time consuming and difficult task.  The records (one page per employee per week) are in various states of organization and are located in various places within each Goodyear store.  Some Goodyear stores have since closed, many have changed management, and some have external storage sites.  Goodyear has been working diligently to gather the records in question in order to produce them to Plaintiff in a timely fashion, but to date the records have not yet been produced.

WHEREAS, Goodyear has informed Plaintiff that the time records for the 34 putative class members included in the sample will be delivered to Plaintiff's counsel no later than November

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

2.   Case No.  C 10-05838 PJH

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE AND RELATED DATES

28, 2011. Once the time records are received, Plaintiff's counsel will undertake manual entry of the data from those time records into an electronic spreadsheet in preparation for mediation and class certification.

WHEREAS, in light of the fact that the records have not yet been produced, that they do not exist in an electronic format, it will take additional time to prepare for the mediation. Once received, the documents will need to be inputted into an electronic spreadsheet, processed and analyzed by the Parties. As a result, it has become apparent that the Parties will not be able to complete mediation by the originally scheduled deadline of November 18, 2011. This Court previously ordered that the parties attend a mediation session and further ordered that the mediation session be completed by November 18, 2011, with a post-mediation joint report to be filed by the Parties by November 22, 2011.

WHEREAS, the Parties have agreed to use the Honorable Edward A. Infante (Ret.) of JAMS as a mediator and have reserved a mediation date of February 22, 2012. Accordingly, the Parties are requesting a continuance of the mediation completion date, as well as the related deadlines. Specifically, the Parties request that the Court modify its September 16, 2011 Order and set the following deadlines:

- Deadline to complete mediation – February 22, 2012
- Last day to file a Joint Mediation Status Report – February 29, 2012

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Andrew Scheiber and Defendant Goodyear Tire & Rubber Company, through their respective counsel, and subject to approval by the Court, that the above deadlines be set.

IT IS HEREBY STIPULATED:

DATED: November 16, 2011               LITTLER MENDELSON

                                       By: /s/ Michele Heverly
                                       Michele Heverly
                                       Attorneys for Defendant
                                       GOODYEAR TIRE & RUBBER CO.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

3.                                     Case No. C 10-05838 PJH

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE AND RELATED DATES

DATED: November 16, 2011         WESTRUP KLICK, LLP

By: /s/ Mark VanBuskirk
    Mark VanBuskirk
    Attorneys for Plaintiff
    ANDREW SCHEIBER

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED:

1. The mediation completion date of November 18, 2011 is CONTINUED to February 22, 2012;

2. The Parties are ORDERED to file a Joint Report on or after February 29, 2012 and inform the Court if the case settled at mediation. In the event that the case did not settle, the Parties are to propose, in their Joint Report, new dates for class certification discovery cutoff and for the briefing schedule on Plaintiff's motion for class certification.

IT IS SO ORDERED.

DATED: 11/21/11        By: _____
    HON. Judge Phyllis J. Hamilton
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

4.    Case No. C 10-05838 PJH

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE AND RELATED DATES