JEREMY A. ROTH, Bar No. CA 129007
jroth@littler.com
MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
TOMOMI GLOVER, Bar No. 244886
tglover@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Fax No.:      408.288.5686

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW M. SCHEIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY and DOES 1-10,<br><br>Defendant. | Case No.  C 10-05838 PJH<br><br>**NOTICE OF SETTLEMENT AND STIPULATED ORDER CONTINUING DATES**<br><br>Complaint Filed:  October 26, 2010<br>Amended Complaint Filed:  December 3, 2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

NOTICE OF SETTLEMENT AND
STIPULATED ORDER CONTINUING
DATES (CASE NO. C 10-05838 PJH)

Defendant Goodyear Tire & Rubber Company and Plaintiff Andrew Scheiber, on behalf of a class of similarly situated employees, participated in a mediation session before the Honorable Edward Infante, Ret. The mediation successfully resulted in settlement of the pending class action. The parties are working on finalizing the terms of the settlement agreement and will file a motion for approval of the settlement following finalization of the agreement.

In light of the pending settlement, the parties request that all pending dates be vacated and that a further case management conference be set approximately sixty (60) days from this date, pending Plaintiff's filing of a motion for preliminary approval of settlement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 14, 2012

*/s/ Michelle Heverly*
MICHELLE B. HEVERLY
TOMOMI GLOVER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

Dated: March 14, 2012

*/s/ Michael Carver*
MICHAEL L. CARVER
LABOR LAW OFFICE, A.P.C.

MARK L. VAN BUSKIRK
WESTRUP KLICK LLP

Attorneys for Plaintiff
ANDREW M. SCHEIBER

NOTICE OF SETTLEMENT AND STIPULATED ORDER CONTINUING DATES (CASE NO. C 10-05838 PJH)   2.

**IT IS SO ORDERED.**

**All currently pending dates are vacated and a further case management conference is set for** May 31 **, 2012.** A joint case management conference statement shall be filed by May 24, 2012.

DATED: March 20, 2012

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Firmwide:109824559.1 016524.3030

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

NOTICE OF SETTLEMENT AND
STIPULATED ORDER CONTINUING
DATES (CASE NO. C 10-05838 PJH)

3.